Robert Dickson, a Minor, by Leslie R. Dickson, His Father and Next Friend, Appellee, v. John P. Mendenhall, Appellant.

**Gen. No. 46,633. (Abstract of Decision.)**

First District, Second Division.

September 20, 1955.

Released for publication October 25, 1955.

Clausen, Hirsh & Miller, for appellant; J. V. Evans, and Francis J. Paulson, for appellee. Opinion by JUSTICE ROBSON. **Not to be published in full.**